JS-6

1 Sara P. Kunkel (SBN 260240)
skunkel@hrc-la.org
2 **HOUSING RIGHTS CENTER**
520 S. Virgil Ave., Suite 400
3 Los Angeles, CA 90020
Tel: (213) 387-8400, ext. 33
4 Fax: (213) 381-8555

5 Alexander Lambrous (SBN 135612)
alambrous@lafsbc.org
6 **LEGAL AID FOUNDATION OF**
      **SANTA BARBARA COUNTY**
7
301 E. Canon Perdido Street
8 Santa Barbara, California 93101
Tel: (805) 963-6754
9 Fax: (805) 963-6756
*Attorneys for Plaintiff*
10
Andrew Hanker (SBN 112630)
11 **LAW OFFICES OF BELOFSKY & HANKER**
21311 Hawthorne Blvd., Suite 220
12 Torrance, CA 90810
Tel: (310) 543-4643
13 Fax: (310) 792-1647
*Attorney for Defendants*
14

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CHRISTIE GRAHAM,** | Case No. CV10-4298 MMM (FMOx) |
| **Plaintiff**, | [The Hon. Margaret M. Morrow] |
| vs. | **[PROPOSED] ORDER RE: STIPULATION OF DISMISSAL OF ACTION PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |
| **MAIRE RADIS,** *et al.*, | |
| **Defendants.** | |

[PROPOSED] ORDER RE STIPULATION OF DISMISSAL OF ACTION
- 1 -

|     | |
| --- | --- |
| 1   | **ORDER** |
| 2   | Good cause appearing therefore, and in the interest of justice, the above-captioned |
| 3   | action is dismissed with prejudice as to all causes of action in the Complaint. |
| 4   | |
| 5   | IT IS SO ORDERED. |

Dated:  February 25, 2011

*Margaret M. Morrow*

United States District Court Judge